1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
        Office of the General Counsel
6       Social Security Administration
7       6401 Security Boulevard
        Baltimore, Maryland 21235
8       Telephone: (510) 970-4822
        E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

10

11                     UNITED STATES DISTRICT COURT

12                     EASTERN DISTRICT OF CALIFORNIA

13                                    No.  2:24-cv-02281-CSK

14  AMY SISNEROS,

15     Plaintiff,                     STIPULATION FOR EXTENSION TO FILE
                                      OPPOSITION TO PLAINTIFF'S OPENING
16     v.                             BRIEF

17  COMMISSIONER OF SOCIAL
    SECURITY,
18
                 Defendant.
19

20        IT IS HEREBY STIPULATED, by and between the parties, through their respective

21  counsel of record, that the time for responding to Plaintiff's motion for summary judgment be

22  extended from December 26, 2024 to January 27, 2025.  This is Defendant's first request for an

23  extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional

24  time because holiday leave may impact counsel's ability to respond to the brief by the current

25  deadline.

26        The parties further stipulate that the Court's Scheduling Order shall be modified

27  accordingly.

28     • Defendant shall respond to Plaintiff's opening brief on or before January 27, 2025;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before February 10, 2025).

Respectfully submitted,

DATE: December 6, 2024

*/s/ Francesco Paulo Benavides*  *
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(* approved via email on 12/3/24)

PHILLIP A. TALBERT
United States Attorney

DATE: December 6, 2024          By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension until January 27, 2025 to respond to Plaintiff's opening brief.  Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief.

Dated: December 23, 2024

THE HONORABLE CHI SOO KIM
United States Magistrate Judge

5, sisn.2281.24